# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>EDGAR ALEJANDRO ROBLES-GARCIA,<br><br>　　　　Defendant. | Case No.: 2:14-cr-00268-RFB-CWH<br><br>STIPULATION TO CONTINUE SENTENCING<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Daniel G. Bogden, United States Attorney, and Robert A. Bork, Assistant United States Attorney, counsel for the United States of America, and Heidi Ojeda, Assistant Federal Public Defender, counsel for defendant **EDGAR ALEJANDRO ROBLES-GARCIA**, that the sentencing in the above-captioned matter, currently scheduled for January 22, 2015, at the hour of 1:30 p.m., be vacated and continued for two weeks or to a date and time convenient to the Court.

This stipulation is entered into for the following reasons:

1.　Due to the fact that counsel for the Government suffers from chronic back pain, he was not able to work a full day on January 15, 2015 or January 16, 2015. Government will need additional time to respond to defendant's sentencing memorandum filed on January 15, 2015.

. . .

1

2.       Denial of this request for continuance of could result in a miscarriage of justice.

3.       There has been no previous request for continuance of the sentencing granted herein.

4.       Defense counsel has no objection to this request for continuance.

DATED this 20th day of January, 2015.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

/s/ Heidi Ojeda                                             /s/ Robert A. Bork

HEIDI OJEDA, AFPD                                 ROBERT A. BORK
Counsel for defendant                                 Assistant United States Attorney
**EDGAR ALEJANDRO ROBLES-GARCIA**

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: 2:14-cr-00268-RFB-CWH |
| Plaintiff, | ORDER CONTINUING SENTENCING |
| vs. | |
| EDGAR ALEJANDRO ROBLES-GARCIA, | |
| Defendant. | |

Based on the pending stipulation of counsel, and good cause appearing therefore, the court hereby finds that:

IT IS HEREBY ORDERED that the sentencing in the above-captioned matter currently scheduled for January 22, 2015, at the hour of 1:30 p.m., be vacated and continued to **February 5,** 2015, at the hour of **10:30** a.m.

DATED this **20th** day of January, 2015.

_____
**RICHARD F. BOULWARE, II**
**United States District Judge**

3